14-43076:5:0:Application for Installment Agreement:Main Document Entered: 12/1/2014 4:13:10 PM by:Amilany Jauregui Page 2 of 2

**Fill in this information to identify the case:**

Debtor 1 _Boofa14_____  _Smith_____
         First Name    Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _____  District of _____
                                                           (State)
Case number _14 B 43076_____
(If known)
Chapter filing under:

- [ ] Chapter 7
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A), the court orders that:

[ ] The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

[x] The debtor(s) must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $ 110 | 12-30-14 |
| $ 100 | 1-16-15 |
| $ 100 | 1-30-15 |
| + $ | |
| **Total** $ 310 | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

DEC 16 2014         By the court:  J.6/  *Jacqueline P. Cox*
Month / day / year                 United States Bankruptcy Judge